842

No. 1387. WILLIAMS *v.* NIERSTHEIMER, WARDEN. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois. June 2, 1947. Denied.

No. 1388. KENNEDY *v.* BURKE, WARDEN. June 2, 1947. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.

No. 1390. THOMPSON *v.* INDIANA. June 2, 1947. Petition for writ of certiorari to the Supreme Court of Indiana denied.

No. 1141. ARENAS *v.* UNITED STATES; and

No. 1272. UNITED STATES *v.* ARENAS. June 9, 1947. The petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit are denied. *John W. Preston* and *Oliver O. Clark* for petitioner in No. 1141. *Acting Solicitor General Washington* for the United States. With him on the brief in No. 1141 was *Assistant Attorney General Bazelon.* Reported below: 158 F. 2d 730.

No. 1196. RAGEN, WARDEN, *v.* UNITED STATES EX REL. ROONEY. June 9, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for petitioner. *Albert E. Jenner, Jr.* for respondent.

No. 1281. GRAY ET AL. *v.* COMMODITY CREDIT CORPORATION. June 9, 1947. Petition for writ of certiorari to